Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEADWAY CAPITAL, LLC, and DOES 1-10, inclusive<br><br>Defendant. | Case No. 2:20-CV-07769-VAP-KS<br><br>CLASS ACTION<br><br>United States District Virginia A. Phillips<br><br>**ORDER GRANTING STIPULATION TO STAY CASE PENDING THE UNITED STATE SUPREME COURT'S RULING ON THE DEFINITION OF AN "ATDS"** |

Upon consideration of the Parties' Stipulation to Stay Case Pending the United State Supreme Court's Ruling on the Definition of an "ATDS", it is hereby ORDERED that:

1. The above-captioned case is stayed until the Supreme Court issues its decision in *Facebook, Inc. v. Duguid*, No. 19-511.
2. The Parties shall alert this Court within 30 days after a decision has been entered in *Facebook, Inc. v. Duguid*, No. 19-511.

Dated: February 10, 2021

_____
United States District Judge

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: 424.204.4400