Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEADWAY CAPITAL, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:20-cv-07769-VAP-KS<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter in full, with prejudice as to the Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. No Court Order is necessary pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 30th Day of April, 2021,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca (*pro hac vice*)
Joel E. Tasca
*Attorneys for Defendant*
*Headway Capital, LLC*

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained his authorization to affix her electronic signature to this document.

Dated: April 30th, 2021                             Respectfully submitted,

                                                    Law Offices of Todd M. Friedman, P.C.

                                                    By: s/ Todd M. Friedman
                                                        Todd M. Friedman, Esq.
                                                        Attorney for Plaintiff

Filed electronically on this 30th Day of April, 2021, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Virginia A. Phillips
United States District Court
Central District of California

And all counsel registered on ECF.

This 30th Day of April, 2021.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN