JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>HEADWAY CAPITAL, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendant. | Case No. 2:20-cv-07769-VAP (KSx)<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Dated: May 4, 2021

_____
Virginia A. Phillips
United States District Judge

- 1 -